AO 245I (Rev. 09/11) Judgment in a Criminal Case for a Petty Offense
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of Virginia




UNITED STATES OF AMERICA
v.
Jonathan C. Thomas

**Judgment in a Criminal Case**
(For a Petty Offense)

Case No. 1:18PO1255

USM No. n/a

Gregory Beckwith, Esq.
Defendant's Attorney

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded ☑ guilty ☐ nolo contendere to count(s) 2

☐ **THE DEFENDANT** was found guilty on count(s) ____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 32 CFR 234.17(c)(1)(i) | Driving Under the Influence | 05/12/2018 | 2 |
| | | | |
| | | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) ____

☑ Count(s) 1 & 3 ☐ is ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0254

Defendant's Year of Birth: 1994

City and State of Defendant's Residence:
Alexandria Virginia

08/02/2018
Date of Imposition of Judgment

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
Signature of Judge

Theresa Carroll Buchanan, U.S. Magistrate Judge
Name and Title of Judge

8/2/18
Date

DEFENDANT: Jonathan C. Thomas
CASE NUMBER: 1:18PO1255

## PROBATION

The defendant is hereby sentenced to probation for a term of:

ONE (1) YEAR SUPERVISED PROBATION

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☐ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes restitution or a fine, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation,unless excused by the probation officer for schooling, training, oother acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged incriminal activity and shall not associate with any person convcted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enterinto any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record, personal history, orcharacteristics and shall permit the probation officer to make such notifications and confirm the defendant's compliance with such notification requirement.

DEFENDANT: Jonathan C. Thomas
CASE NUMBER: 1:18PO1255

## SPECIAL CONDITIONS OF SUPERVISION

Conditions of Probation are as follows:

1. The defendant shall serve FIVE (5) DAYS in jail (weekends/intermittent) at the direction of the probation officer.

2. The defendant shall enter and successfully complete an alcohol treatment and/or education program at the direction of the probation officer.

3. Commencing August 2, 2018 and continuing for the ONE (1) YEAR the defendant may operate a motor vehicle ONLY, (a) to and from work, (b) during the course of work, if required as incident of employment, (c) to and from this court, the probation office and the alcohol treatment program, and (d) to and from his medical appointments.

4. The defendant shall pay a $400.00 fine, a $10.00 special assessment, and a $30.00 processing fee, all to be paid within THIRTY (30) days.